**FILED** DJ

**20CV2625**

4/29/2020

THOMAS G. BRUTON

CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

KIMBALL LADIEN, M.D., Individually )
)
Plaintiff )    Case No.:
vi. )
)                    JUDGE THARP JR.
Chicago Sun-Times and Staff. )            MAGISTRATE JUDGE JANTZ
Defendants. )

### VERIFIED COMPLAINT FOR TEMPORARY RESTRAINING ORDER AGAINST CHICAGO SUN TIMES Verified Complaint
A Formal (Legal) Request for **EQUAL TIME and FAIRNESS**

ENDING GRIDLOCK and "Politics as Usual" with GOOD GOVERNMENT based on GOOD SCIENCE

"Democracy CANNOT work in the absence of Seeking the TRUTH and the Win-Win Way." *

Petitioner KIMBALL LADIEN, MD, individually, pro se, for his Emergency Petition for Temporary

Restraining Order against the Chicago Sun Times states as follows:

1.Petitioner, Kimball Ladien, MD ("Dr. Ladien") is a Physician, Scientist, previous Candidate for Illinois' 5th

Congressional District (CD5), Widow of his beloved wife and soulmate of over 50 years, Sylvia, and a

natural person domiciled in Chicago, Cook County, Illinois. A Verified complaint for

Damages and Injunctive Relief ("Verified Complaint") in this Court is filed but it is hoped that a Win-Win

resolution can be found before this case escalates any further.

2.The Purpose of this Verified Complaint is to: 1) Have the Sun Times immediately print an updated

version of Dr. Ladien's  CD5 Candidate's Questionnaire ("Questionnaire"—Exhibit A); 2) Report

accurately on Safe Haven, the Global Energy Independence Program ("GEIP"), Obama and the MURDER

of Don Young (OMDY), issues related to Joe, Beau and Hunter Biden and related issues possibly involving

RICO Obstruction of Justice; 3) Print a Formal Apology Editorial BEFORE the 3/17/20 Primary; 4) Have

the Sun Times and other Chicago Media Ask Questions of ALL Candidates and Print Results BEFORE

3/17/20; and other Relief as the Court Deems Just and Proper.

3.The Sun Times had Arbitrarily and Capriciously CENSORED Dr. Ladien's questionnaire because he

stated <u>Accurately</u> that his beloved wife, Sylvia, had been Murdered while writing her book,

<u>Obama and the MURDER of Don Young ("OMDY")</u>. Dr. Ladien finished and published OMDY as a Lasting

Legacy to Sylvia and the TRUTH. But, despite this book and considerable other documentation, Marlen

Garcia ("Garcia") wrote to Dr. Ladien on 1/21/20 that "The Sun-Times will Not be posting your questionnaire" because "There is no evidence to back up some of these statements" (Ap B) despite the FACT that Don's own Mother, Norma Jean, says that he had been Obama's lover for >20 years in Rev. Jeremiah Wright's Down Low Club and the FACT that Chief Criminal Court Judge Leroy Martin has already ruled that *Norma Jean has* STANDING *to ask for a* SPECIAL PROSECUTOR as was done in the case of Mayor Daley's Nephew, RJ Vanecko. *The Irony and* DOUBLE STANDARDS *of the Sun-Times helping Nanci Koschman for YEARS and refusing to even Talk with Don Young's family is* OUTRAGEOUS and potentially even Criminal RICO Obstruction of Justice.

4. Related issues concerning Joe, Beau and Hunter Biden that have IMMEDIATE Relevance to ALL Voters in Illinois and around the Country involving possible CRIMINAL as well as CIVIL Wrong-Doing are reviewed. *This potentially* CRIMINAL *Activity had Direct Relevance not only to the Illinois Primary, but the selection of a Presidential candidate at the August Democrat Convention and could well affect the Voters AND the Country by the November General Elections*-- both for President and other races, including for both the Senate, the House of Representatives (here, Illinois Congressional District 5 ("CD5")) and even State and Local elections.

5. Thus, while not enforcing this TRO would do significant damage to Dr. Ladien, *it would do far* MORE DAMAGE *to the* PEOPLE *of America*. Without the TRUTH, the Voters are DISENFRANCHISED and the Hypocritical DOUBLE STANDARDS of Politics as Usual will prevail. Welcome to Chicago.

6. Further, Dr. Ladien has proposed a BIPARTISAN Contract for Illinois that can: Dramatically CUT Crime and Drugs; Build World-Class Schools and completely Pay Off the Pensions WITHOUT Raising Taxes. SAVINGS from both Dr. Ladien's Safe Haven and GEIP Programs can help fund these Initiatives.

7. Similarly, Dr. Ladien's BIPARTISAN Contract for America can accomplish these goals and much, much more on a National Level.

8. As a Physician, Dr. Ladien's Safe Haven Program has the potential to Break the Cycles of Gangs, Drugs, Dropouts, Abuse and Joblessness in Illinois, America and far beyond-- SAVING LIVES and Billions of Tax Dollars in the process.

9. As a Scientist, Dr. Ladien's Global Energy Independence Program (GEIP) can provide clean, renewable energy that can SAVE $2-3T/yr around the World. In America, GEIP can save $1Trillion/year that can help to fund Universal Healthcare and Education on a BIPARTISAN basis. In Illinois GEIP can not only help

achieve a Clean Environment, but Pay Off the Pensions WITHOUT Raising Taxes and much, much more.

10. The entire purpose of BIPARTISAN Contracts for Illinois and America is to help achieve a PARADIGM SHIFT from Lose-Lose Politics as Usual and GRIDLOCK to Win-Win GOOD GOVERNMENT based on GOOD SCIENCE.

11. In addition, just as with Penicillin, what works in Illinois and across America can then be Replicated in other Countries around the World. Thus, both Safe Haven and GEIP as part of Dr. Ladien's Chicago Project can do PROFOUND GOOD both in America and far beyond.

12. As a Mystery Writer with an IQ of 185, Dr. Ladien's beloved wife and soulmate of over 50 years, Sylvia, was investigating Obama and the MURDER of Don Young (OMDY) when she, herself, was Murdered on 2/4/12.

13. Although Sylvia had been Over-Radiated at both Northwestern ("NW") and St. Joseph's Hospital ("SJH"), after 19 Months of literally living together in hospital rooms, with the use of then-experimental Monoclonal Antibodies (MAbs -- "Immunotherapy"), within three days, Sylvia's Blast Cells were gone and her vital signs were Stable.

14. Despite these improvements, St. Joseph's Administration and Its Lawyers ("SJAIL") deliberately *Ignored Sylvia's multiple Advance Directives to be* FULL CODE, *turned up an unneeded morphine drip and watched for Seven Days as Sylvia slowly* DROWNED TO DEATH *on her own secretions*. "It's like putting down a dog," one of Sylvia's doctors "explained." But Sylvia was NEVER a dog.

15. Deliberate Recklessness leading to WRONGFUL DEATH is the legal definition of MANSLAUGHTER. But when KNOWLEDGE and INTENT are present, this becomes MURDER.

16. Dr. Ladien knows How, Where, When and even Who some of the people involved In Sylvia's Death are. He does not want know fully WHY this happened and if SJAIL acted alone. But Dr. Ladien vows to God Almighty that, before he joins Sylvia for Eternity, he will find the Answer to this question.

17. Sylvia did NOT die of Over-Radiation leading to Leukemia, Sylvia was MURDERED by Arrogant, Stupid, Systematic Abusers of Power ("ASSs"). But then, so too have Countless Millions of others been Killed by ASSs over the Ages as well.

18. Sylvia always believed that true JUSTICE comes from "Making something Very GOOD out of something very Bad." Sylvia would NEVER want the Taj Mahal as a "Legacy." But sharing PEACE on Earth with ALL of God's Children would please her greatly. Indeed, this is the entire purpose of Dr. Ladien's

20

Chicago Project.

19. As Dr. Ladien states on the cover of his book, "The Manhattan Project built the Bomb. But with The Chicago Project, we can ALL Help to Build the PEACE. This is the Goal of Dr. Ladien's lifelong work. They are Goals that he wishes to Share both here in America and far beyond. But such programs mean NOTHING if the PEOPLE are not informed.

20. As noted above, **Democracy CANNOT Work in the absence of Seeking the TRUTH and the Win-Win Way**. It is Precisely to **FIGHT** **ASSS** and both Seek and Tell the TRUTH to the absolute best of his ability that are the PURPOSES of Dr. Ladien's Candidacy for CD5 as well as this suit.

21. The Sun-Times utterly FAILED *to do even the most basic* DUE DILIGENCE concerning Dr. Ladien's programs and statements and in the process both DEFAMED him and has done serious HARM to his campaign and the American PEOPLE as outlined below.

22. Beyond the Sun Times, however, the Mainstream Media's Utter FAILURE to Cover, let alone fully Report, on these issues makes any alleged Police "Code of Silence" pale by comparison.

23. Indeed, *Failure to fully Enforce this TRO and for the Media to FULLY Cover these issues BEFORE the 3/17/20 Primaries could, in fact, be* CRIMINAL RICO Obstruction of Justice to be investigated by Attorney General William Barr's Department of Justice, John Lausch, Jr as US Attorney for the Northern District of Illinois and Emerson Luie, Jr.'s Chicago Office of the FBI. The "Chicago Way" MUST Change. Time will tell.

24. *As a Physician, Scientist, Loving Husband and Proud Citizen of America, Dr. Ladien looks forward to the opportunity to* **PROVE *Beyond a Reasonable Doubt*** ALL *of the information contained in his CD5 Candidate Questionnaire*.

### FACTS Related to Temporary Restraining Order

**Safe Haven--Programs to CUT Crime and Drugs Dramatically, Build World-Class Schools and Pay Off the Pensions WITHOUT Raising Taxes**

25. As a Physician and a Scientist, Dr. Ladien has two programs, Safe Haven and the Global Energy Independence Program (GEIP), that can do PROFOUND GOOD both in America and around the World. But *all of that means NOTHING if the PEOPLE are NOT Informed*. Simply put, as noted above, Democracy CANNOT work in the absence of the TRUTH and Seeking the Win-Win Way. It is precisely for this reason, that he is *Formally Requesting* **EQUAL TIME** *to present this information to Voters* **BEFORE** *the Primary*.

21

26.  As a Physician, in his <u>BIPARTISAN Contract for America</u> (Appendix C) Dr. Ladien outlines Seven

Initiatives that can not only help to END GRIDLOCK and UNITE the Country, but accomplish PROFOUND

GOOD across America and far beyond. Simply put, much as with FDR's s CCC and WPA, a Community

Service Corps (CSC) can help Break the Cycles of Gangs, Drugs, Dropouts, Abuse and Joblessness—

SAVING LIVES and Tax Dollars in the process. Safe Haven can help reach the BIPARTISAN Goal of a Gang-

Free, Drug-Free, Full-Employment Economy in America -- Replacing Lose-Lose "Politics as Usual" with

Win-Win GOOD GOVERNMENT based on GOOD SCIENCE for the GOOD of ALL.

**27. Dr. Ladien summarizes these programs in his books, <u>Safe</u> <u>Haven</u> (1993,2018) and <u>The</u> <u>Chicago</u>
<u>Project</u>**

**(2018) both of which have been given to the Sun-Times Editorial Board along with related documents.**

**(Appendices D and E) When first proposed in 1992, Dr. Ladien's Safe Haven programs had broad**

**<u>BIPARTISAN</u> Support ranging from Gov. Jim Edgar through Carol Mosley Braun and many in between.**

**28. More recently, Dr. Ladien has met with Director Susie Park of Chicago's Office of Budget and**

**Management and Ald. Scott Waugespack, Chair of the City Council's Finance Committee to arrange a**

**meeting with Mayor Lori Lightfoot about implementing Safe Haven in Chicago.**

**29. When Safe Haven was first discussed with Chief Judge Timothy Evans in 2016, he stated (correctly)**

**that we should "Start with Children" which is exactly what Dr. Ladien intends to do.**

**30. As noted many times in Dr. Ladien's letters to Mayor Lightfoot and others (Appendix F):**

*"If the ONLY thing we do to start is to implement After School programs for our children and JOB
Programs for ALL individuals on Probation and Parole, we can easily reach the initial goal of Reducing
Gang Crime and MURDERS >50% and help make Chicago a Model for the Country on the way towards
achieving a Gang-Free, Drug-Free, Full-Employment Economy in America that SAVES LIVES and Billions of
Tax Dollars-- a good start indeed to Paying Off the Pensions and CUTTING TAXES."*

**31. Yet, despite significant support for Safe Haven, Sun-Times' Editorial Board has refused to even
Meet,**

**let alone discuss in detail these proposals. Thus, *<u>they have failed to do the most basic</u> Due Diligence* to**

**be expected of a Major Metropolitan Newspaper before CENSORING and DEFAMING a Candidate.**

**<u>Global Energy Independence Program (GEIP)-- Clean, Renewable</u>**

32. Similarly, as a Scientist, Dr. Ladien's <u>Global Energy Independence Program (GEIP)</u> can provide clean,

renewable energy that <u>SAVES $2-3T/yr</u> globally. In Illinois, Safe Haven and GEIP can help pay off the

Pensions WITHOUT Raising Taxes. Nationally, they can help fund economically sound Universal

Healthcare and Education on a BIPARTISAN basis. And Globally, GEIP can help fund a PEACE Paradigm as described in The Chicago Project and elsewhere-- Including in Dr. Ladien's CD5 Candidate Questionnaire.

33. While an Engineer who had worked closely for years with Jack Welch when he was CEO of General Electric, as Confirmed that GEIP dose exactly what Dr. Ladien says it can do (Appendix G), Dr. Ladien has offered to Share GEIP with the Sun-Times in return for their *support in implementing Safe Haven and sharing* GEIP *with Nancy Pelosi, Chuck Schumer and President Trump on a* BIPARTISAN *basis*. You can Think of GEIP as Collateral for PROFOUND GOOD. This, too, would be basic Due Diligence were the Sun-Times at all interested in Seeking the TRUTH and the Win-Win Way.

**Obama and the MURDER of Don Young (OMDY) and Sylvia**

34. Finally, as a Loving Husband, Dr. Ladien's beloved Sylvia was a Mystery Writer with an IQ of 185 who was writing her book, Obama and the MURDER of Don Young (Appendix H) when she, herself, was Murdered on 2/4/12. Details of the murders of both Don and Sylvia are summarized at LadienforCongress.com. (11/4/16 Letter to CPD Supt. Eddie Johnson—Appendix I)

35. As noted above, what is important for the Court to know is that Don's mother, Norma Jean, states that he was Obama's lover for >20 years in Rev. Jeremiah Wright's church. Also, Chief Criminal Court Judge Leroy Martin has already ruled that *Norma Jean Young has* STANDING *to ask for a* SPECIAL PROSECUTOR *just as was done in the case of Nanci Koschman v RJ Vanecko*. TRUTH must be known. DOUBLE STANDARDS must END.

36. As a Classic Example of DOUBLE STANDARDS, not only has the Sun Times REFUSED to even interview Don Young's Family, they have CENSORED publishing Dr. Ladien's Questionnaire because he raised these issues. While the Sun Times will be SUED for this gross violation of FEC and FCC Standards (Appendix J), *all of the other news outlets who Refuse to give Dr. Ladien* **EQUAL TIME** *might end up joining the Sun Times in Court*. Dr. Ladien simply Asks of the Sun-Times, other Media and the Court FAIRNESS so that the PEOPLE can know the TRUTH and decide for themselves. Time Will Tell.

**37. While a full "Brief Summary of the Hard-Core FACTS for the Prima Facie Case of OMDY" can be found**

**attached to the 11/4/16 letter to CPD Superintendent Eddie Johnson written BEFORE the 2016 election**

**and the 1/12/20 follow-up letter to Now-Acting Supt. Charlie Beck (Appendices I-J), the first 5 Sections**

23

**specifically related to OMDY and the Murder of Sylvia are summarized below:**

<u>The Hard-Core Prima Facie Case Concerning Obama and the MURDER of Don Young-- Sylvia's Last Case</u>

"There is no doubt concerning the following FACTS about Obama and the MURDER of Don Young and the continuing active **RICO** Cover-Up related to the Investigation into this-- Sylvia's Last Case."

1. <u>Obama and the MURDER of Donald Young</u>

1.1 Don Young, the openly gay Choir Director of Reverend Wright's Trinity Unity Christian Church (TUCC), was shot to death, execution style, in his apartment on Chicago's South Side on 12/23/7.

1.2 Detective Robert McVickers who was "Investigating" this case was contacted by Larry Sinclair in January, 2008 and given the phone records and other information <u>proving</u> that Sinclair had been in contact with Young for months concerning Sinclair's two-day affair with Obama in 1999.

1.3 As Sinclair was able to describe Obama down to the "*three small bumps on the tip of his Uncircumcised Penis*," there was "hard evidence" that McVickers could have pursued should have he chosen to do so.

1.4 Sinclair also provided McVickers with hotel records confirming his visit to Chicago in 1999 and his use of Jagar Multani's Five-Star Limousine Service during this time.

1.5 It was Multani who called and set up the meeting between Sinclair and "Barry" without charging Sinclair for the "service" as would have been the customary practice in such situations.

1.6 What would have been impossible for Sinclair to have known at the time was that *Multani worked directly as part of* Tony Rezko's *"sex and drugs" influence peddling operations in Illinois*.

1.7 It was not until Obama announced his Campaign for President in early 2007 that Sinclair realized that "Barry" was, in fact, Barack Obama, a.k.a., "Barry Soetoro."

1.8 When Sinclair first called Obama's fledgling Campaign Headquarters in August 2007, he only stated that he had used cocaine with Obama in 1999.

1.9 But when Don Young, who was acting as the head of Obama's Bimbo Eruption Team, called Sinclair back, the first question that Young asked Sinclair was why he had not mentioned having sex with Obama.

1.10 As *the ONLY person in the world who could have given Young this information, let alone told him to call Sinclair back, was Obama himself*, Sinclair's case concerning Obama had significant Credibility from day one should Detective McVickers had been interested in actually pursuing these matters. QED.

1.11 As Michael Jackson was ordered to undergo a physical exam of his erect penis as part of the investigation into allegations of him abusing under-age boys, clearly there was precedent for doing a similar exam on Obama as an early step in investigating this case.

1.12 In the case of Mayor Daley's nephew, it took 9 ½ YEARS, the Chicago Sun-Times and a SPECIAL PROSECUTOR to finally get RJ Vanecko to plead GUILTY to the MANSLAUGHTER of David Koschman.

1.13 Simply put, *if the CPD was NOT willing to Investigate Mayor Daley's nephew concerning a single "shove" resulting in Manslaughter, it should come as no surprise that McVickers was NOT going to risk his job, let alone his pension, to Investigate Obama in the RIGGED Democrat Bastian of Chicago*.

1.14 It should also come as no surprise that when Dr. Ladien contacted Sergeant Jarrod Smith of the CPD "Cold Case" Division on 10/27/16, Smith "had never heard of this case." Clearly, Detective McVickers retired Deliberately trying to "bury" Barry's case as he left with no sign-off to Smith whatsoever. Welcome to Chicago.

1.15 *To this very day, Anita Alvarez and her State's Attorney's Office (SAO) continue to actively* BLOCK *this case from being investigated, especially* BEFORE *the election on 11/8/16*. Clearly, the Deliberate Suppression of such vital information from the PEOPLE of America as part of an Ongoing Cover-Up would be evidence of a RICO violation requiring the appointment of a SPECIAL PROSECUTOR for further Investigation and Prosecution as warranted. Clearly, also, the SAO has learned absolutely NOTHING from History and the case of Mayor Daley's nephew and requires the Court's immediate Intervention in this case similar to the actions of FBI Director James Comey and for the same reasons.

2. Sylvia's Last Case

2.1 Based on his 2004 "No Red States or Blue States, but UNITED States of America" speech, on the day that Obama announced his Candidacy for President, Dr. Ladien called his beloved wife and soulmate of over 50 years, Sylvia, and asked her to send Obama $50 (which, for them, was a lot of money.)

2.2 Although she was a strong Hillary supporter, Sylvia Being Sylvia, she sent Obama $100.

2.3 It was not until January 2008, as part of her "Due Diligence" in researching Obama, that Sylvia discovered Larry Sinclair's testimonial on YouTube about using cocaine and having oral sex with Obama and the MURDER of Donald Young.

2.4 As a mystery writer with an IQ of 185 and an excellent reader of body language, Sylvia immediately felt that, at a minimum, Sinclair's accusations required further review by herself and the authorities.

2.5 The more research that Sylvia did, the greater her concerns became related to Obama including not only his potential role in the MURDER of Don Young, but his numerous Radical Ties from Communist Franklin Marshall Davis ("Frank" in Obama's autobiography) to Weather Underground Pentagon Bomber Bill Ayres and his pastor, Reverend Jeremiah Wright ("God Damn America").

2.6 Based upon all of the above information, Sylvia encouraged Dr. Ladien to write to Federal Attorney Patrick Fitzgerald using the nom de guerre of "Concerned Citizen" outlining their concerns.

2.7 It was shortly after Dr. Ladien wrote this letter to Fitzgerald that Detective McVickers finally agreed to even meet with Sinclair and "hear him out" concerning the MURDER of Don Young.

2.8 It is not so much a matter of McVickers not taking Sinclair "seriously," as not wanting to get in the middle of a case that could ruin his career. But, either way, as noted above, McVickers never actively pursued this or many other leads concerning the case.

2.9 While Sinclair actively reached out to Hillary's chief aides just prior to the 2008 Democrat Convention, *Joe Biden's son, Beau,* ILLEGALLY *reached outside of his jurisdiction as the Attorney General for Delaware and had Sinclair arrested on bogus charges only to release him AFTER the Convention without any charges being filed.* Joe and Beau Biden accomplished their goal-Obama was the Candidate.

2.10 For "services rendered," Joe Biden was slated for Vice President over Hillary. Hillary maintained her silence concerning "OMDY" and was "rewarded" with appointment as Secretary of State. Therein lies another tale….

2.11 Despite multiple letters over the next several years, NOTHING was done to further investigate Obama and the MURDER of Don Young.

3. "Trouble" for Sylvia and Dr. Ladien begins at SJH following Writing to Homeland on 11/22/11

3.1 In 2010, Sylvia received multiple times the Cumulative Radiation Dose (CRD) considered acceptable for a single year during the treatment of a collapsed lung at Northwestern Hospital in Chicago.

3.2 Because of continuing "chest pains," Sylvia underwent Elective Angiography at St. Joseph's Hospital in Chicago where she, again, received significant overdoses of radiation.

3.3 Although Sylvia had had a normal CBC just prior to her angiography, within four weeks, on 7/14/10, Sylvia was being rushed to SJH ER near death with a Hemoglobin of 2.3 and leukemia blast cells throughout her body. *To this very day, NW and SJH* CRIMINALLY *Refuse to release Sylvia's CRD*.

3.4 Despite literally living in hospital rooms together for most of the next 19 months, Sylvia continued her work on "OMDY."

3.5 By November 2011, with no further progress in having Obama investigated, Dr. Ladien reached out to Dr. Orly Taitz, a lawyer prominent for her work concerning Obama, urging her to fly to New Hampshire to challenge Obama's standing to be on the ballot.

3.6 Simultaneously with reaching out to Taitz, Dr. Ladien deliberately broke his "cover" by speaking directly with multiple officials in New Hampshire up to and including their Attorney General concerning Obama's Ineligibility to run based upon his forged Birth Certificate among other issues. (See Kerning-Lay-Back below.)

3.7 Also, because of Sylvia's and Dr. Ladien's grave and legitimate concerns for the SAFETY of the Country, the 11/22/11, he also wrote to Homeland Security again. Despite using the nom de guerre of "Concerned Citizen," as Dr. Ladien noted in his letter, it would be very easy for Homeland to determine who was writing to them should they choose to do so. (See Appendix B.)

3.8 While Dr. Ladien fully expected Retaliation against himself, he had not counted on Retaliation against Sylvia who was gravely ill with leukemia secondary to her over-radiation at NW and SJH.

3.9 Within Four WEEKS, despite Dr. Ladien having been on staff at SJH for 15 years, he was having significant "trouble" with Saint Joseph's Administration and Its Lawyers (SJAIL).

3.10 *Within 10 WEEKS of contacting Homeland, Sylvia was* DEAD when she could have easily been SAVED.

4. Specific Actions of Saint Joseph's Administration and Its Lawyers (SJAIL) Leading to Sylvia's MURDER

4.1 Prior to writing to Homeland Security on 11/22/11, Dr. Ladien and Sylvia had lived together in hospital rooms for almost 17 MONTHS without incident.

4.2 Because Sylvia had suffered a relapse of her Leukemia, on Friday afternoon, 12/16/11, Dr. Ladien called Dr. Hagob Kantarjian at the University of Texas MD Anderson Cancer Center to discuss her case.

4.3 Although Dr. Kantarjian had developed Sylvia's original chemotherapy protocol, he now specifically recommended experimental trial with Monoclonal Antibodies (MAbs) with fewer potential side effects.

4.4 While Sylvia and Dr. Ladien readily agreed to this then-Experimental Protocol, unfortunately it would not begin until 1/1/12.

4.5 Although Sylvia was in the middle of a blast cell crisis, SJAIL informed Dr. Ladien late on Friday afternoon that Sylvia would have to go home until the beginning of the MAb treatment on 1/1/12.

4.6 Each time that Sylvia relapsed, she would become increasingly confused. What Dr. Ladien did not know at the time was that Sylvia had suffered an iatrogenic stroke as a complication of her IV chemotherapy. This made it all the more important for Dr. Ladien, as Sylvia's husband and POA, to be her strong Advocate-- especially in the face of potential Malpractice by the Hospital.

4.7 Although Dr. Ladien protested vehemently that Sylvia was NOT medically stable for discharge and did not have the proper equipment, SJAIL continued to insist that this go forward.

4.8 Precisely because Sylvia did NOT have the proper equipment for discharge on Saturday, her DC was delayed until Sunday instead.

4.9 On Sunday, Sylvia's labs showed a significant decrease in her Hemoglobin requiring an emergency transfusion. Had Sylvia been discharged on Saturday, she could have easily DIED at home.

4.10 On Monday, 12/19/11, when Dr. Ladien returned from rounding on his own patients in the early evening, he was told that "Sylvia does not want you to stay with her." Upon entering Sylvia's room anyway, within FIVE MINUTES Sylvia had told at least seven SJH staff that she wanted Dr. Ladien to stay with her as he had been doing for over 17 Months without incident.

4.11 Finally, after several hours of unnecessary delay, an Acting Hospital Administrator "allowed" Dr. Ladien to stay with Sylvia without supervision. By this time, however, Dr. Ladien demanded an official Apology from the Hospital and the Administrator for the unnecessary stress on Sylvia.

4.12 Instead, on 12/20/11, Dr. Ladien was escorted out of Sylvia's room and Barred from seeing Sylvia or even his own patients! The only people "Endangering a Patient" (Sylvia) were Saint Joseph Administration and Its Lawyers (SJAIL). Indeed, within Five Weeks, Sylvia was DEAD by their malpractice.

4.13 Literally, within minutes of Dr. Ladien being escorted out of the room, SJH staff on instructions by SJAIL were trying to get Sylvia to change her POA despite her clearly confused state.

4.14 On 12/23/11, an MRI confirmed that Sylvia had had a stroke in her right Parietal Area consistent with the increased confusion that she was showing.

4.15 Nonetheless, on this day SJAIL insisted on Sylvia changing her POA to her daughter Fawn despite Sylvia's clearly Diminished Decisional Capacity as evidenced by her *lack of Understanding, Logic and*

27

*Consistency confirmed by the individuals conducting this process*. Because Dr. Ladien was Barred from being in the hospital, he could not protect Sylvia, let alone be her advocate.

4.16 On 1/1/12, Dr. Ladien's hospital privileges were reinstated and he was "allowed" to see Sylvia for 15 minutes a day. Throughout the entire time that Dr. Ladien had been barred from seeing her, Sylvia was frequently crying and asking for her husband to be with her.

4.17 On 1/5/12, with another physician who was a friend as a witness, Sylvia changed her POA back to Dr. Ladien. On this particular day, amongst friends, Sylvia was particularly lucid. She discussed incidents with her physician friend that had occurred years earlier. Sylvia had both Logic and Understanding of why she was choosing Dr. Ladien to continue as her POA.

4.18 Literally within minutes of Sylvia changing her POA, the CEO of SJH, Roberta Luskin Hawk, rushed down two floors from her office, but it was too late. Hawk broke out into a rage against Dr. Ladien and plotted her revenge.

4.19 The next day, 1/6/12, Hawk again barred Dr. Ladien from being with Sylvia more than 15 minutes a day. Hawk also had SJH staff change Sylvia's POA back to her daughter although the individuals involved clearly stated that she was Confused and kept Switching back and forth between her husband and her daughter. The individuals involved in changing Sylvia's POA also readily acknowledged that *they had* NOT *given her* INFORMED CONSENT *that only a Judge could Change her POA when she was in a confused state*. These individuals also did NOT inform Sylvia that changing her POA would be equivalent to signing her own death warrant—Literally. Within a month, Sylvia was DEAD.

5. The WRONGFUL DEATH/MURDER of Sylvia

5.1 Among many other things, despite plans for Sylvia to have new "experimental" treatment with Monoclonal Antibodies (MAb) on 1/1/12, SJAIL callously and with Malice of Forethought DELAYED starting this medicine for almost a month until Dr. Ladien threatened to take them to Court.

5.2 Within days of starting MAb therapy on 1/27/12, Sylvia's blast cell count was ZERO and her Vital Signs were Stable off of pressor medications. Simply put, Sylvia was getting Better.

5.3 Despite Sylvia's improvements, however, *SJAIL Deliberately ignored Sylvia's Multiple Advance Directives to be Full Code, turned up an unneeded morphine drip and literally watched for seven DAYS as Sylvia slowly Drowned to Death on her own secretions* when she could have easily been SAVED by either turning down the morphine drip and/or simply protecting her Airway and Breathing (the A and B of ABC)

5.4 One of Sylvia's doctors at the time "explained" to Sylvia's daughter at what was happening to her Mother was "*Like Putting Down a Dog*." Except Sylvia was NEVER a dog.

5.5 SJAIL also NEVER gave Sylvia's daughter INFORMED CONSENT that *only a Judge can change a patient's POA, let alone Advance Directive, when they are of* Diminished Decisional Capacity. Indeed, this is precisely why patients are encouraged to sign Advance Directives when they are of Full Decisional Capacity and can be given true INFORMED CONSENT.

5.6 In 1975, when Karen Ann Quinlin was in a Coma, the Prosecutor for Morris County in New Jersey the States Attorney General both warned the Sisters and Administration of Saint Claire Hospital that, if Karen Ann Died and they had not taken the case to Court, they could all be charged with HOMICIDE.

5.7 And while in the case of Karen Ann Quinlin, the Sisters did the Right and Loving Thing by giving Karen her "day in court," in the case of Sylvia, SJAIL Deliberately Blocked taking Sylvia's case to Court knowing that they could lose not only their jobs and licenses, but even their liberty (ie, go to jail) for the Deliberately Reckless and Criminal Acts that they had already done.

5.8 SJAIL has consistently hidden the Truth as to their acts, NOT to "protect" the Sisters but, as with all Abusers, to Protect THEMSELVES.

5.9 The Illinois Power of Attorney Act (I LCS 45/4-9b) clearly states that:

    (b) A person who falsifies or forges a health care agency or willfully conceals or withholds personal knowledge of an amendment or revocation of a health care agency with the intent to cause a withholding or withdrawal of life-sustaining or death-delaying procedures contrary to the intent of the principal and thereby, because of such act, directly causes life-sustaining or death-delaying procedures to be withheld or withdrawn and death to the patient to be hastened shall be subject to prosecution for involuntary **MANSLAUGHTER**.

5.10 Also, Deliberate Recklessness leading to WRONGFUL DEATH = Legal definition of MANSLAUGHTER. But when KNOWLEDGE and INTENT are present ("It's like putting down a dog."), this becomes **MURDER**.

5.11 SJAIL knew that if Sylvia beyond "woke up" and testified against them in Court, they could lose their Jobs and Licenses and, potentially, their Liberty (i.e., jail time).

5.12 Thus, _SJAIL had the MEANS, MOTIVE and OPPORTUNITY to want Sylvia_ Dead. The only true question is: "Did SJAIL Act Alone?" This remains a Question as yet Unanswered. Time will Tell.


38. It is worth noting that some NINE YEARS after first requesting Sylvia's Cumulative Radiation Doses from both Northwestern and St. Joseph's Hospital, both institutions have CRIMINALLY FAILED to produce these vital Medical Records precisely because they will show severe Over-Radiation leading directly to Sylvia's Wrongful Death. Other potentially Criminal aspects of this case are dealt with in Sections 6-7 and in Dr. Ladien's 3/1/20 letter to DOJ Attorney General William Barr (Appendix K and L) briefly summarized below.

Homeland, Jim Comey's FBI and Obama's Secret Service?

39. The following is Section 6-7 of the Expanded version of the Summary of OMDY given to Acting-CPD Superintendent Charlie Beck, DOJ William Barr, US Attorney for the Northern District of Illinois John Lausch, Jr, Chicago Chief of the FBI's Emmerson Buie, Jr et al.

6. "Simple" v "Complicated" Versions of Events–c/s Homeland--WRONGFUL DEATH by ASSs Either Way

6.1 While the "Simple" Version of Events would be that Roberta Luskin Hawk was upset with Dr. Ladien for his strong advocacy on behalf of Sylvia and was "retaliating" against him when things simply "got out of hand," this may or may not be the entire "story."

6.2 In 1992, when Dr. Ladien first asked then-Governor Jim Edgar for a letter of support for Safe Haven, before Governor Edgar signed this letter, he sent the Illinois State Police to "confidentially" talk to the CEO of Morris Hospital where Dr. Ladien was then the Medical Director of the Department of Psychiatry.

6.3 While there was nothing at all "controversial" about Safe Haven and it had clear BIPARTISAN support, the only way that Dr. Ladien knew of this inquiry was that the CEO, as a friend, felt that he had a moral obligation to let Dr. Ladien know what happened.

6.4 Similarly, in April 2016, Dr. Ladien approached the Secret Service when Corey Lewandowski was accused of "assaulting" a reporter even though the video clearly showed the woman grabbing then-candidate Trump's arm from behind and Lewandowski pulling her away. Simultaneously, a young Secret Service Agent could be seen running into place behind Trump where he should have already been.

6.5 In addition to Dr. Ladien pointing out that the Secret Service quite literally did NOT have Candidate Trump's back, he asked the Secret Service to publicly acknowledge that Lewandowski (who had previously been a State Trooper) was simply acting instinctively to Protect a Candidate and that the reporter, who had started the incident, was definitely NOT "thrown to the floor."

6.6 For Dr. Ladien's efforts, just as had happened 24 years earlier, the Secret Service paid a "visit" to a hospital where Dr. Ladien was on staff. They were not inquiring as to Dr. Ladien's health. And, again, the only reason Dr. Ladien knew about this incident was that the individual contacted told him. It was precisely Dr. Ladien's "good standing" that let the Hospital Administration "laugh off" this matter.

6.7 Simply put, *if the Secret Service would contact a Hospital when Obama was not even running again, it is perfectly reasonable to ask if they or some other agency (Homeland?, FBI?) contacted Saint Joseph's Administration in early December 2011 when Obama certainly WAS running again for the Presidency*.

6.8 Both Dr. Ladien and Sylvia had initially been positively in favor of Obama before Sylvia, as a Mystery Writer with an IQ of 185, discovered information about his >20 year affair with Don Young and Don's "unexplained" Murder, let alone his multiple Radical Ties from Franklin Marshall Davis to Weather Underground Pentagon Bomber Bill Ayres to his Pastor "God Damn America" Jeremiah Wright.

6.9 It was precisely as Sylvia continued her investigation that she found the Sworn Testimony of the Informant within the Weather Underground. Larry Gaitwohl:

"I brought up the subject of what's going to happen after we take over the government...They felt that this counter-revolution could be guarded against by creating and establishing re-education centers in the Southwest.... I asked what would happen to those people that we can't re-educate, that are die-hard capitalists. And the reply was that they'd have to be eliminated. And when I pursued this further, they estimated that they would have to eliminate 25 million people in these re-education centers. And *when I say eliminate, I mean* KILL, *25 million people*." Undercover Agent Larry Graitwohl re Weather Underground Leadership Meeting

6.10 When it comes to absolutely Hypocritical DOUBLE STANDARDS being applied to President Trump vs. Obama, the above quote by Undercover Agent Larry Graitwohl could be Exhibit A.

6.11 The Weather Underground Leadership at the time of Larry's quote included Pentagon Bomber Bill Ayres and Bernadine Dorn. This is the same Bill Ayers who stood on an American flag after 9/11 stating that he only regretted "not doing more" to bring about the destruction of America. This is also the same Bill Ayers who launched Obama's political career in his Hyde Park front room in 1995, helped write his books and, along with Bernadine, would babysit for the Obama's when Malia and Sasha were young.

6.12 From card-carrying CPUSA member Franklin Marshall Davis through "God damn America" Rev. Jeremiah Wright through George Soros, Obama's background is replete with Radical Associations that, under "normal" circumstances, would have kept him from even being a janitor at the CIA. But where are the Congressional hearings to "fully investigate" these associations (cf also Valerie Jarrett)? Had Hearings been Held and the TRUTH been told, history would be very different. Again, the absolutely Hypocritical DOUBLE STANDARDS are amazing.

6.13 Even more to the point, however, as outlined above, to date neither the Chicago Police Department nor the FBI have seriously investigated the Execution-style MURDER of Jeremiah Wright's openly gay choir *director and Obama's lover for 20 years, Don Young, on 12/23/7.*

6.14 Importantly, Chief Criminal Court Judge Leroy Martin has ruled that *Don Young's mother, Norma Jean has* STANDING *to ask for a* SPECIAL PROSECUTOR *so that the* TRUTH *can finally be known.*

6.15 If a Special Prosecutor can be appropriately appointed to investigate the Cover-Up of Mayor Daley's Nephew's role in the Wrongful Death of David Koschman and, now, even the "Special Consideration" given to Jessie Smollett, then it is certainly time for the TRUTH to be found centering Obama and the MURDER of Don Young.

6.16 While Dr. Ladien does NOT know at this point if there is a connection between retaliation for his WHISTLEBLOWING Activities concerning Obama and the MURDER of Don Young and those concerning his beloved wife, Sylvia, he Vows to God Almighty that he will find out before he goes to join Sylvia for Eternity.

6.17 Either way, Dr. Ladien also Vows to FIX THE SYSTEM and Fight Arrogance, Stupidity and Systematic Abuse of Power (ASSs) to the absolute best of his ability for the GOOD of ALL.

7. Conclusions—Comey Model of Transparency v A RIGGED System with RICO SPECIAL PROSECUTORS

"If a Special Prosecutor was fully warranted in the case of Mayor Daley's nephew (and it was), then the same level of scrutiny or greater is absolutely REQUIRED to Investigate Obama and the MURDER of Don Young and Sylvia."

By the time that the Court hears this case, you will know whether or not the State's Attorney's Office (SAO) cooperated with the Chicago Police Department (CPD) in getting the story of Obama and the MURDER of Donald Young and Sylvia out to the American PEOPLE in time for them to use this information in determining their Vote—or Not.

The Court will also know if any of the "Rigged Media" made any efforts to inform the American PEOPLE concerning these matters BEFORE the Election. (Holt, Radditz and Wallace ALL had this information BEFORE the Debates and Deliberately FAILED to use it. So much for "Fair and Balanced.")

Finally, Court will also know if the SAO are opposing or supporting the Motion for a Special Prosecutor to fully investigate the MURDERS of Don Young and Sylvia.

It is precisely based on this information that, if there is the true Transparency and Accountability, let alone Equal Justice under the Law, that the Court should grant this Motion for a Special Prosecutor.

If a Special Prosecutor was fully warranted in the case of Mayor Daley's nephew (and it was), then the same level of scrutiny or greater is absolutely REQUIRED to Investigate Obama and the MURDER of Don Young and Sylvia.

It will then be up to the American PEOPLE to decide whether "the System," including the Courts, are RIGGED— or Not.

It is also up to the American PEOPLE as to whether this System should finally be **FIXED** in order to build "a more perfect union" so that there is true Liberty and JUSTICE for ALL. Let these be goals truly worthy of us all. So it shall be.

-- So pray Sylvia and Dr. Ladien

KLOMDYCase4Nov16

# Obama and the MURDER of Don Young

## Sylvia's Last Case?-- "Getting Away with MURDER?"

Sylvia Doucette-Ladien and Kimball Ladien, MD

  



Kerning-Lay-Back

1. Kerning

— The computer technique for overlapping letters
In a document did NOT exist in 1961 and so should
not be found at all, let alone in multiple

2. Lay(ers)

-- of an Adobe-generated Forgery that Obama calls
his "Birth Certificate" let alone with a green Security

3. Back(ground)

-- on its own Layer that also did not exist in 1961.



"Therefore, in ONE Word in less than ONE Minute
you have THREE PROOF POSITIVES that Obama's
so-called Birth Certificate is a FORGERY—pure
and simple."--Sylvia

-- Rod Blagojevich-- Possible Patsy for Obama, Rahm Emanuel, Jim Comey and Patrick Fitzgerald?

40. At the time of writing the above Expanded Summary of the Prima facie Case for OMDY, Dr. Ladien was unaware of the close relation between then-FBI Dir. James Comey and then-- US Attorney for the Northern District of Illinois Patrick Fitzgerald.

41.Details of the possible use of then-Gov. Rod Blagojevich ("Blago") as a PATSY by Obama, Rahm Emanuel, David Axelrod, James Comey and Patrick Fitzgerald-- especially as related to Tony Rezko-- are summarized in Sylvia's and Dr. Ladien's book, Obama and the MURDER of Don Young (pp 81-92).

42. For Brevity's sake, simply put, *there is at least strong circumstantial evidence that the Impeachment and Trials of Blago may have been a convenient way of Distracting Attention from the role of Tony Rezko noted above in relation to any possible involvement related to Larry Sinclair*. This information was summarized above and repeated below.

1.1 Don Young, the openly gay Choir Director of Reverend Wright's Trinity Unity Christian Church (TUCC), was shot to death, execution style, in his apartment on Chicago's South Side on 12/23/7.

1.2 Detective Robert McVickers who was "Investigating" this case was contacted by Larry Sinclair in January, 2008 and given the phone records and other information proving that Sinclair had been in contact with Young for months concerning Sinclair's two-day affair with Obama in 1999.

1.3 As Sinclair was able to describe Obama down to the "*three small bumps on the tip of his Uncircumcised Penis*," there was "hard evidence" that McVickers could have pursued should have he chosen to do so.

1.4 Sinclair also provided McVickers with hotel records confirming his visit to Chicago in 1999 and his use of Jagar Multani's Five-Star Limousine Service during this time.

1.5 It was Multani who called and set up the meeting between Sinclair and "Barry" without charging Sinclair for the "service" as would have been the customary practice in such situations.

1.6 What would have been impossible for Sinclair to have known at the time was that *Multani worked directly as part of* Tony Rezko's *"sex and drugs" influence peddling operations in Illinois*.

1.7 It was not until Obama announced his Campaign for President in early 2007 that Sinclair realized that "Barry" was, in fact, Barack Obama, a.k.a., "Barry Soetoro."

1.8 When Sinclair first called Obama's fledgling Campaign Headquarters in August 2007, he only stated that he had used cocaine with Obama in 1999.

1.9 But when Don Young, who was acting as the head of Obama's Bimbo Eruption Team, called Sinclair back, the first question that Young asked Sinclair was why he had not mentioned having sex with Obama.

1.10 As *the ONLY person in the world who could have given Young this information, let alone told him to call Sinclair back, was Obama himself*, Sinclair's case concerning Obama had significant Credibility from day one should Detective McVickers had been interested in actually pursuing these matters. QED.

43. By pursuing Blago as they did, Obama, Rahm Emanuel, David Axelrod and Patrick Fitzgerald were able to successfully distract attention from any involvement of Tony Rezko related to OMDY.

44. In this context, it is relevant to note that, in spite of him being considered a "Star Witness," Fitzgerald NEVER called on Rezko to testify although he had been held in Solitary Confinement from his arrest until well following Obama's election in 2008. Had Rezko testified, on Cross-Examination by Blago's Attorney's, History could have been quite different. Therein lies another story... As yet Untold.

45. Following his Pardon by President Trump, perhaps Blago's claim to have been a political prisoner will finally be vindicated. Time will tell.

Larry Sinclair and Jerry Corsi talking DIRECTLY with Normal Jean Young-- A Story Untold

46. The well-known Investigative Journalist, Jerry Corsi ("Corsi"), also learned about OMDY and Sinclair. Both Sinclair and Corsi spoke with Don's mother, Norma Jean, who confirmed the Facts of the case.

47. Following the Murder of Sylvia, in 2016, Dr. Ladien took these matters before Chief Criminal Court Judge Leroy Martin who confirmed that Norma Jean had STANDING to ask for a SPECIAL PROSECUTOR just as in the Koschman Case.

48. In the Koschman Case, the Lead Reporters for the Sun Times were Chris Fusco ("Fusco"--now Editor), Carol Marin ("Marin"--also with WTTW and NBC) and Tim Novak ("Novak"). These three and many more reporters around Chicago have been informed in detail about the facts concerning OMDY and the Murder of Sylvia. Simply put, *the **Media** has a **RICO Code of Silence** re OMDY much worse than the CPD*.

49. But, whereas the Sun Times spent literally years helping David Koschman's mother, Nanci, pursue her case against Mayor Daley's nephew, RJ Vanecko, they Refused to do even basic DUE DILIGENCE in reaching out to Norma Jean Young and her family to confirm the Truth and Dr. Ladien's claims.

50. When Dr. Ladien recommended to Novak to simply "Call Norma Jean and ask her yourself" (about The murder of her son), Novak replied, "*Let me cut to the chase. I am NOT interested*" before he abruptly hung up the phone.

51. When Dr. Ladien offered in writing to Chris Fusco to also help in contact both Sinclair and Corsi to

confirm these and more details about OMDY, Fusco has yet to reply. Instead, as the Editor, Published

the Following Editorial (Appendix L):

*Your choices in this Republican primary are not good.*

*You can vote for Tommy Hanson, a commercial real estate manager whose views on issues are to the right of many or most Republicans. Or you can vote for Kimball Ladien, a doctor who's invested in at least one bizarre conspiracy theory that's not worth passing along here. (Emphasis Added)*

*Our unenthusiastic endorsement goes to Hanson, though he believes climate change is-- in capital letters-- "AS REAL AS THE EASTER BUNNY AND SANTA."*

*Your third choice might be to sit this one out.*

52. Not only has Dr. Ladien been deliberately CENSORED from sharing vital information with Voters,

he has also been DEFAMED by the Sun-Times in their efforts to Protect their Endorsed Candidate--Foxx.

53. Again, such blatant DOUBLE STANDARDS may be Criminal as well as Civil Violations of the Law. Cf.

letter to Northern District of Illinois John R Lausch, Jr as well as to the FCC and FEC (Appendices K,M)

The Bidens—Joe, Beau and Hunter

--OMDY

54. As noted above in the discussion of OMDY:

2.9 While Sinclair actively reached out to Hillary's chief aides just prior to the 2008 Democrat Convention, *Joe Biden's son, Beau,* ILLEGALLY *reached outside of his jurisdiction as the Attorney General for Delaware and had Sinclair arrested on bogus charges only to release him* AFTER *the Convention without any charges being filed*. Joe and Beau Biden accomplished their goal-Obama was the Candidate.

2.10 For "services rendered," Joe Biden was slated for Vice President over Hillary. Hillary maintained her silence concerning "OMDY" and was "rewarded" with appointment as Secretary of State. Therein lies another tale….

55. Although Dr. Ladien has repeatedly tried to Warn the Media and Public Officials of this crisis waiting

to happen, it was easier to simply label these warnings as a "bizzare conspiracy theory that's not worth

passing along here." (See above.) Simply put, the Sun Times would rather slander Dr. Ladien than Seek

and Tell the TRUTH.

--Impeachment and Burisma

56. The following is a brief summary of the DOUBLE STANDARDS of Fake News and

"Politics as Usual" applied to  President Trump v Joe Biden

36

"I would like you to do *us* a favor though because *our* *country* has been a lot and

Ukraine knows a lot about it…."
*"There's a lot of talk about Biden's son, that Biden stopped the prosecution and a lot of people want to find out about that so whatever you can do with the Attorney General would be great. Biden went around bragging that he stopped the prosecution so if you can look into it … It sounds horrible to me."* President Trump talking with Ukraine President Zelinsky, 7/25/19

Vs

*"I said, I'm telling you, you're not getting the billion dollars. I said, you're not getting the billion. I'm going to be leaving here in, I think it was about six hours. I looked at them and said: I'm leaving in six hours. If the prosecutor is not fired, you're not getting the money. Well, son of a bitch. (Laughter.) He got fired."* -- Former Vice President Joe Biden, Council on Foreign Relations, 1/23/18

57. In order to better appreciate the hypocritical DOUBLE STANDARDS apply to President Trump vs VP Joe Biden, it is useful to compare what was actually said by both when dealing with issues related to Corruption in the Ukraine. Below are summaries of their remarks on the subject. The following are issues to be noted:

1. Both President Trump and Joe Biden agree that Corruption in the Ukraine is a serious issue.
2. But, whereas President Trump is Congratulatory towards Ukrainian President Zelinsky, Joe Biden is clearly THREATENING former Ukrainian President Yanukovych that if he does not FIRE then-Top Prosecutor Viktor Slotkin in Six Hours, Ukraine will NOT get $1 Billion in US aid.
3. At the time, Prosecutor Slotkin was investigating Ukraine's largest gas company, Burisma, who had hired Joe Biden's son, Hunter, in spite of him having absolutely NO experience with the Ukraine, let alone the gas and Energy Field. *For his "services," Hunter received $50-80 K/month totaling more than several Million Dollars* only resigning when Joe Biden announced his run for Presidency. (See also China.)
4. Like most people at the time, Joe Biden made a "calculated gamble" that Hillary was going to win the 2016 election and that he would be in the Private Sector before anything was ever said about Hunter.
5. Simply put, *this was Joe's last chance for his son, Hunter, to "cash in" on Joe's Vice Presidency.*

6. "Unfortunately" for Joe, Hillary lost. (See Chicago's own many similar Scandals over the years.)

7. President Trump *may* have delayed Javelin missiles for 50 days. Obama and Biden <u>NEVER</u> even offered such military aid in their EIGHT YEARS in office. So who is doing more to truly Defend the Ukraine?

8. *President Trump had not only the <u>Right, but the</u> **Responsibility** <u>to ask President Zelinski to "look into" potential Corruption on the part of both Hunter and Joe Biden that Directly affected United States citizens</u>*.

9. The FACT that No Democrats, including Mike Quigley, have questioned the <u>ETHICS</u>, let alone possible Corruption of Joe and Hunter Biden is EXACTLY what is WRONG with "Politics as Usual" in Washington.

10. These are the hypocritical <u>DOUBLE STANDARDS</u> of Fake News at their worst. <u>THIS MUST STOP</u>!!! (KLCD5DblStandTrumpUkraine25Dec19)

<u>The Independent's Party, BIPARTISAN Contract for America and the Centrist Manifesto-- UNITE America</u>

58. The following is from Dr. Ladien's 2/20/20 letter to Charles Wheelan, PhD; Kathryn Murdoch; Shawn Reigsecker of Unite America/Dartmouth College/Quadrivium/Centro:

Dear Dr. Wheelan, Ms. Murdoch and Mr. Reigsecker,

The INDEPENDENT'S PARTY-- ENDING the GRIDLOCK-- From "Politics as Usual" to GOOD GOVERNMENT

*"We are Republicans AND Democrats. We Liberals AND Conservatives. We are Capitalists AND Socialists. We are EVERYONE of ALL Faiths and Ideologies. But, above all, we are <u>SCIENTISTS</u> at heart who wish to move beyond "Politics as Usual" to genuine <u>GOOD GOVERNMENT</u> based on <u>GOOD SCIENCE</u> where we <u>Always Seek Best Practices, the TRUTH and the Win-Win Way</u>."* -- Motto for the Independent's Party

The following is from the Third Point of <u>BIPARTISAN Contract for America</u> directly relevant to <u>YOU</u>:

*"Sooner than later, another Nobel Prize in Economics will be awarded to a group of individuals who expand upon the work of Banarjee, Duflo and Kremer (eg Belsky, Ryan, <u>you</u>) to develop a <u>comprehensive Economic Model of Win-Win Game Theory and</u> OUTCOMES-<u>Based Budgeting</u> applied at <u>ALL levels of Government and Economies</u> from Local to National to International for the GOOD of ALL. Note: the UofC already has 98 Nobels in Economics …This, too, is an important part of <u>The Chicago Project</u>."* (See Below)

God truly works in mysterious ways. In 1994, I ran against Dan Rostenkowski and "won" by NOT splitting the vote with Mike Flanagan. Instead, by focusing on my Safe Haven programs that had broad BIPARTISAN support ranging from Gov. Jim Edgar through then-Sen. Carol Mosley Braun, I advocated the need for a PARADIGM SHIFT from "Politics as Usual" to GOOD GOVERNMENT based on GOOD SCIENCE.

Now, some 26 years later, I am running against the same Mike Quigley that you tried to beat in 2008. This is also the year that my beloved Sylvia as a Mystery Writer with an IQ of 185 began her investigation into Obama and the MURDER of Don Young before she, herself, was Murdered on 2/4/12. Details of the murders of both Don and Sylvia are summarized at LadienforCongress.com

Sylvia always believed that true Justice comes from "Making something Very GOOD out of something very Bad." It is for this reason that I write to you now as a Physician and Scientist who fundamentally believes in your Centrist Manifesto.

Below, as a Physician, I will discuss how a BIPARTISAN Contract for America can not only help to END GRIDLOCK and UNITE the Country, but accomplish PROFOUND GOOD across America and far beyond. Simply put, much as with FDR's s CCC and WPA, a Community Service Corps (CSC) can help Break the Cycles of Gangs, Drugs, Dropouts, Abuse and Joblessness-- SAVING LIVES and Tax Dollars in the process. Safe Haven can help reach the BIPARTISAN Goal of a Gang-Free, Drug-Free, Full-Employment Economy in America -- Replacing Lose-Lose "Politics as Usual" with Win-Win GOOD GOVERNMENT based on GOOD SCIENCE for the GOOD of ALL.

Similarly, as a Scientist, my Global Energy Independence Program (GEIP) can provide clean, renewable energy that SAVES $2-3T/yr globally. In Illinois, Safe Haven and GEIP can help pay off the Pensions WITHOUT Raising Taxes. Nationally, they can help fund economically sound Universal Healthcare and Education on a BIPARTISAN basis. And Globally, they can help fund a PEACE Paradigm as described below. Simply put, I will share GEIP with YOU, Kathryn and Shawn in return for your support in implementing these programs and sharing GEIP with Nancy Pelosi, Chuck Schumer and President Trump on a BIPARTISAN basis. As an Economist, you can Think of GEIP as Collateral for PROFOUND GOOD.

Also, in addition to helping me implement Safe Haven and The Chicago Project, I can show you and Kathryn how we could, potentially, begin an Independent's Party as early as 3/17/20 not just in Illinois, but around the Country. By encouraging both Democrats AND Republicans to sign on to the BIPARTISAN Contract for America, we can END GRIDLOCK and bring people TOGETHER for all of the Right Reasons.

Just as with Penicillin, as Safe Haven and GEIP Work in Illinois and America, they can be Replicated around the World. Sylvia was NOT killed by Over-Radiation leading to Leukemia. Sylvia was MURDERED by Arrogant, Stupid, Systematic Abusers of Power (ASSs). But then, so too have Countless others been Victims of ASSs over the Ages. It is precisely to "Make something Very GOOD of something very Bad," as Sylvia would say, that a PEACE Paradigm would be a Fitting Legacy of Fighting ASSs for the GOOD of ALL.

With GEIP-powered desalinization plants, we can turn deserts into Gardens in the Middle East and far beyond. With Safe Haven, we can transform Violence and Despair into JOBS and HOPE throughout the World. And in the process, PROFOUND GOOD will have been done for the Benefit of ALL. Let the GRIDLOCK End and the Healing Begin. "Alone, we can accomplish little. Working TOGETHER we can Change the World." Let these be goals truly worthy of us all.

May we Always Seek the TRUTH and the Win-Win Way,

Kimball Ladien, MD

**Argument – FIRST DO NO HARM!!!**

59. A party is entitled to preliminary injunctive Relief when the party demonstrates that: (1) a certain and clear ascertained right needs protection; (2) Irreparable Injury will ensue without the protection of an injunction; (3) the remedy at Law is inadequate; and (4) there is a likelihood of success on the merits of the case." ABC Trans National Transport, Inc. d/b/a ABC Air Freight v. Aeronautics Forwarders, Inc., 62Ill.App.3d 671, 682 (1st Dist. 1978). Upon a showing of the foregoing four factors, traditional "balancing of the equities" is not relevant. Id. at 687.

60. Even if the balancing of hardships was necessary, the Harm to Dr. Ladien would be Devastating and Final: Following bypass surgery on 2/7/19, Dr. Ladien was left with an Ejection Fraction of 24% (Normal: 55-75%). This may literally be the last opportunity that Dr. Ladien has both for Congress and to see his Safe Haven and Chicago Project implemented. But, again, Democracy CANNOT work in the absence of Seeking the TRUTH and the Win-Win Way.

61. Dr. Ladien understands that he does NOT need to prove his case at this point. But the Evidence of Wrong-Doing on the part of the Sun-Times is clear and the Irrevocable HARM is equally obvious. The following are the specific Violations of the Law that Dr. Ladien wishes to be addressed by a TRO:

-- Violations of FEC and FCC Rules and Regulations regarding Fair and Balanced Coverage of Candidates, Equal Time. Here, this would require the printing of Dr. Ladien's Candidate Questionnaire in its entirety as was done with the other three candidates running in CD5.

-- Deliberately Discriminatory Practices that are a Direct Violation of Dr. Ladien's Civil Rights, including as defined by the Civil Rights Act of 1968 and elsewhere.

-- Deliberately Defamatory statements by the Sun-Times having the purpose and effect of Harming Dr. Ladien in the eyes of potential Voters as well as Professional Colleagues.

-- Lack of DUE DILIGENCE in investigating Dr. Ladien's claims BEFORE Defaming him and Censoring his Candidate Questionnaire.

-- Potential Violations of Criminal RICO Obstruction of Justice if the Sun-Times deliberately CENSORED Dr. Ladien in order to further their endorsed candidates for State's Attorney, Kim Foxx. Such a clear Conflict of Interest would make the "Code of Silence" attributed to the Police look tame by comparison.

62. By granting this TRO, the Court would be following the Venerable Hippocratic Oath to **FIRST DO NO HARM**. Not only would Dr. Ladien be irrevocably HARMED by this Deliberate CENSORSHIP, so too would be the Citizens of CD5 and far beyond.

63. Sylvia was NOT Killed by Over-Radiation leading to Leukemia. With then-experimental Monoclonal

Antibodies, after 19 months of literally living together in hospital rooms, within Three Days, Sylvia's blast cell count was zero and her vital signs were Stable off of Pressor Medications.

64. Sylvia was MURDERED by ASSs (Arrogant, Stupid, Systematic Abusers of Power). But then, so too have there been Countless Millions of other Victims of ASSs over the Ages. Sylvia would Never want the Taj Mahal as a "Legacy." But sharing genuine PEACE on Earth with ALL of God's children would please her greatly.

65. As Dr. Ladien concluded his book, The Chicago Project:

"With GEIP-powered desalinization plants, we can turn deserts into Gardens in the Middle East and far beyond. With Safe Haven, we can transform Violence and Despair into JOBS and HOPE throughout the World. And in the process, PROFOUND GOOD will have been done for the Benefit of ALL. Alone, we can accomplish little. Working TOGETHER we can Change the World. Let these be goals truly worthy of us all.

-- So pray Dr. Ladien and Sylvia.

WHEREFORE, the Plaintiff, Dr. Kimball Ladien, prays the Court to enter an Order:

A. The Sun-Times to print Dr. Ladien's Complete Candidates Questionnaire immediately online.
B. The Sun-Times to cover Safe Haven, GEIP and The Chicago Project in detail BEFORE 5/1/20.
C. The Sun-Times to publish a formal Apology to Dr. Ladien BEFORE 5/1/20.
D. The Sun-Times to ask ALL Candidates the following Questions listed below and publish answers BEFORE 5/1/20.

E. For any such other or further relief as this Court deems just and proper.

Again, Dr. Ladien looks forward to PROVING his case Beyond a Reasonable Doubt. May we Always Seek the TRUTH and the Win-Win Way,

KIMBALL LADIEN, M.D.

By:_____

Dr. Kimball Ladien, pro se

Kimball Ladien, M.D.
1732 W. School Street
Chicago, Illinois 60657
(773) 520-7161
kladienmd@yahoo.com

Specific Questions to ask ALL Candidates

BIPARTISAN Contract for Illinois/America

1. With the use of Safe Haven and the Global Energy Independence Program (GEIP), we can Dramatically CUT Crime and Drugs, Build World-Class Schools and Pay Off the Pensions WITHOUT Raising Taxes. Will you support a BIPARTISAN Contract for Illinois to accomplish these three goals?

2. Assuming that Dr. Ladien's GEIP Program does precisely what he says it can do, would you support the implementation of GEIP as part of a BIPARTISAN Contract for America? (See Attached.)

3. ENDING GRIDLOCK, Hypocrisy and DOUBLE STANDARDS NOW

--A. Anyone in Illinois or across the Country can understand that Burisma paying Hunter Biden MILLIONS, when he does NOT even speak Ukrainian and knows NOTHING about Gas or Oil, was both UNETHICAL and CORRUPT. *Do you understand that President Trump had the* DUTY *to investigate the Bidens--especially* if Joe was running for President?

--B. Similarly, if the Senate had voted for "Investigations" with House Democrats refusing to call Hunter, *do you understand that they would have made Impeachment the "New Normal" for EVERY President moving forward*? (Ie, Gridlock would be permanently WORSENED and NOT Ended.)

4. Would you support the appointment of a SPECIAL PROSECUTOR to investigate Obama and the MURDER of Don Young? (Dan Webb's current mandate could simply be Expanded to include OMDY.)

5. Would you support a BIPARTISAN Win-Win Grand Deal to help END GRIDLOCK and implement cost-effective Universal Healthcare and Education based on Best Practices that ensured multiple options to ALL Americans that could be funded by the implementation of both Safe Haven and GEIP?

* Cf. Attached formal legal letters to the FCC, FEC and DOJ (AG William Barr and John R Lausch, Jr.).

To whom it may concern,

    I have reviewed the simple equation underlying Dr. Kimball Ladien's Global Energy Independence Program (GEIP) and find it to be a credible way to provide clean, renewable Energy for the World.

Sincerely,

-------------------------------------------------------

Robert Petrus*          6/13/19

-------------------------------------------------------

Kimball Ladien, MD**          6/13/19

*Robert Petrus is an Engineer who worked closely with Jack Welch at General Electric for years.

**Dr. Kimball Ladien is a Physician and a Scientist who has been working on Safe Haven and the Chicago Project for over 35 years. Dr. Ladien's beloved wife and soulmate of over 50 years, Sylvia, was Murdered by ASSs (Arrogant, Stupid, Systematic Abusers of Power) on 2/4/12. It is to leave a Legacy of PROFOUND GOOD that Dr. Ladien has repeatedly since this time offered to Share GEIP with the World. So it shall be.

Charles Wheelan, PhD; Kathryn Murdoch; Shawn Reigsecker

Unite America/Dartmouth College/Quadrivium/Centro                    February 20, 2020

Dear Dr. Wheelan, Ms. Murdoch and Mr. Reigsecker,

The INDEPENDENT'S PARTY-- ENDING the GRIDLOCK-- From "Politics as Usual" to GOOD GOVERNMENT

"We are Republicans AND Democrats. We Liberals AND Conservatives. We are Capitalists AND Socialists. We are EVERYONE of ALL Faiths and Ideologies. But, above all, we are SCIENTISTS at heart who wish to move beyond "Politics as Usual" to genuine GOOD GOVERNMENT based on GOOD SCIENCE where we _Always Seek_ Best Practices, _the_ TRUTH _and the_ Win-Win Way." -- Motto for the Independent's Party

   The following is from the Third Point of BIPARTISAN Contract for America directly relevant to YOU:

"Sooner than later, another Nobel Prize in Economics will be awarded to a group of individuals who expand upon the work of Banarjee, Duflo and Kremer (eg Belsky, Ryan, you) to develop a comprehensive Economic Model of Win-Win Game Theory and OUTCOMES-Based Budgeting applied at ALL levels of Government and Economies from Local to National to International for the GOOD of ALL. Note: the UofC already has 98 Nobels in Economics ...This, too, is an important part of The Chicago Project." (See Below)

(Appendix N)                                      KLCD5SunTimesTROSingle10Mar20


Appendices

A Sun-Times CD5 questionnaire

B Marlen Garcia 1/21/20 Letter Censoring Dr. Ladien

C BIPARTISAN Contract for America

D Dr. Kimball Ladien, Safe Haven, 1993, 2018 (25th Anniversary Edition)

E Dr. Kimball Ladien, The Chicago Project, 2018

F Letters to Mayor Lori Lightfoot et al.,-- Safe Haven Primer

G Bob Petrus, Confirmation of GEIP (Engineer who worked closely with Jack Welch at GE for years)

H Sylvia Ladien and Kimball Ladien MD, Obama and the MURDER of Don Young, 2018

I 11/4/16 letter to CPD Superintendent Eddie Johnson

J 1/12/20 letter to CPD Superintendent Charlie Beck

K 3/1/20 letter to DOJ Attorney General William Barr and US Attorney John R. Lausch, Jr

L Sun-Times Editorial Endorsing Tommy Hansen for CD5, 2/12/20

M 3/5/20 Letters of Complaint to FEC/FCC

N 2/20/20 letter to Dr. Charles Wheeler, Kathryn Murdoch and Shawn Reigsecker, Unite America